# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**DONALD F. KIBLER, JR.**                                                                     **PLAINTIFF**

V.                            **CASE NO.: 3:15-CV-169-BD**

**CAROLYN W. COLVIN, Acting Commissioner,**
**Social Security Administration**                                     **DEFENDANT**

## ORDER

Plaintiff Donald Kibler, Jr. has moved for an award of attorney's fees and expenses under the Equal Access to Justice Act, 28 U.S.C. § 2412. (Docket entry #18) He seeks fees and expenses in the amount of $3,584.03. The Commissioner does not object to the amount requested but states that the payment should be subject to offset for any debt Mr. Kibler may owe to the Government. (#19)

Accordingly, Mr. Kibler's motion (#18) is GRANTED, and he is awarded $3,584.03 in fees and expenses, subject to offset, if he has outstanding debt to the government.

DATED this 17th day of March, 2016.

                                                   _____
                                                   UNITED STATES MAGISTRATE JUDGE